IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:12-cv-00152-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Federal Bureau of Investigation; | ) | |
| Honorable Eric Holder; | ) | |
| Honorable William Nettles, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court hereby orders the plaintiff, Ronald Brunson, to clarify the complaint form that he has filed with this court. Based on the contents of the complaint form, the court believes that the plaintiff is attempting to do one of the following:

(1) to file an appeal in the case of Brunson v. Federal Bureau of Investigation, case number 3:11-cv-02824-JFA, which was dismissed on December 19, 2011;

(2) to file a motion to reconsider in the case of Brunson v. Federal Bureau of Investigation, case number 3:11-cv-02824-JFA, which was dismissed on December 19, 2011;

(3) or to file a new complaint.

The court orders the plaintiff to clarify for the court which one of the above options he was attempting by his filing on January 13, 2012, or if he is attempting to do something other than the options outlined above, the plaintiff is ordered to further instruct the court

1

2

as to his purpose. The plaintiff is ordered to submit such clarification within fourteen (14) days of the date of this order.

    IT IS SO ORDERED.

January 20, 2012                                Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge